**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose RIVERA–NEVAREZ, Defendant— Appellant.**

No. 02–50520.

D.C. No. CR–01–01025–CAS.

United States Court of Appeals, Ninth Circuit.

Submitted June 13, 2003.*

Decided June 19, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM**

Jose Rivera–Nevarez appeals his conviction and 37–month sentence following a guilty-plea conviction for illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a).

Rivera–Nevarez's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record on the ground that she failed to discover any arguable issues on appeal. Rivera–Nevarez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.